IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ This order relates to: 06-0130 _____/ | No. M: 05-1699 CRB  **ORDER OF DISMISSAL** |

    It is has come to the Court's attention that Case No. 06-0130, <u>Milinkovich v. Pfizer Inc. et al.</u>, is a duplicate of Case No. 05-5385.  Case No. 06-0130 is therefore dismissed to clarify the docket.

    **IT IS SO ORDERED.**

Dated: January 20, 2006

                                                                         CHARLES R. BREYER
                                                                         UNITED STATES DISTRICT JUDGE